

FILED

12/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0750

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0750

_____

ANTHONY TYLER,

   Petitioner,

  v.

MONTANA NINTH JUDICIAL DISTRICT
COURT, TOOLE COUNTY,
HON. KAYDEE SNIPES RUIZ, Presiding,

   Respondent.

ORDER

FILED

DEC 3 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

Representing himself, Anthony Tyler has filed a Petition for Writ of Supervisory Control, over the Ninth Judicial District Court, Toole County, and the Honorable Kaydee Snipes Ruiz, pursuant to M. R. App. P. 14(3)(a) and (b). Tyler raises four issues and requests that this Court "vacate the findings of fact and conclusions of law [FOFCOL] and final parenting plan order [] issued by the previous Standing Master of the Ninth Judicial District Court, on August 18, 2023, via this Writ of Supervisory Control."

Tyler contends that the District Court has failed to rule on his timely objections to the FOFCOL and Order, thereby proceeding under a mistake of law. He raises other issues about the "gross injustice" of a 382-day-delay in ruling on his objections. The District Court conducted a hearing on December 8, 2023 which lasted most of the day. This Court secured a copy of the Minute Entry. Tyler at that time had limited representation of counsel. The District Court also addressed a pending Motion for Ex Parte Parenting Plan, and the parties stated that the necessary documents would be filed before the end of the month—December 2023.

According to the register of actions that Tyler filed along with several hundred pages of documents, the parties filed the documents and affidavits. On January 5, 2024, opposing counsel filed a motion to declare Tyler a Vexatious Litigant and a Motion for Sanctions.

Since that time, more than fifty documents have been filed, including the documents from a temporary order of protection (TOP) case (DR-24-001) following a motion to consolidate. Upon review of these filings, it appears that most are motions and responses as well as four orders continuing the TOP hearing. It does not appear the District Court has issued an order following the December 2023 hearing on Tyler's objections to the FOFCOL, a Motion for Ex Parte Parenting Plan Motion, or a pending motion for summary judgment.

Therefore, in accordance with M. R. App. P. 14(7), this Court deems it appropriate to require a summary response from the District Court concerning these outstanding motions and rulings. We understand, given the number of pleadings filed in this proceeding, how this could have been overlooked.

IT IS ORDERED that the Honorable Kaydee Snipes Ruiz, of Ninth Judicial District Court, Toole County, shall prepare, file, and serve a response to the Petition for Writ of Supervisory Control on or before Monday, January 27, 2025.

The Clerk is directed to provide a copy of this Order to: the Honorable Kaydee Snipes Ruiz, District Court Judge; Debra Munson, Clerk of District Court, under Cause No. DR-22-003; counsel of record; and Anthony Tyler personally.

DATED this 30th day of December, 2024.

_____
Justice

2